JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DONALD LUMPKIN,

    Plaintiff,

    v.

HOME DEPOT U.S.A., INC.,

    Defendants.

Case No. 2:24-cv-10521-AB (SKx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled conditionally.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** with prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All trial and trial related dates are **VACATED**.

Dated:  May 6, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1